JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
SPECULATIVE PRODUCT DESIGN, LLC

Gary L. Eastman (CSB #182518)
EASTMAN & MCCARTNEY LLP
401 West "A" Street, Suite 1785
San Diego, CA 92101
Telephone: (619) 230-1144
Facsimile:  (619) 230-1194

Attorneys for Defendant
IPLAY GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, et al., <br><br> Plaintiff, <br><br> v. <br><br> IPLAY GROUP, INC., et al., <br><br> Defendants. | Case No.:  3:16-cv-03374-SK <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**

1  Plaintiff Speculative Product Design, LLC ("Plaintiff"), through its counsel of record,
2  and Defendant iPlay Group, Inc. ("Defendant"), through its counsel of record (collectively, the
3  "Parties"), hereby stipulate to the dismissal of this entire action, with prejudice.
4  IT IS SO STIPULATED by the Parties hereto:

DATED: August 25, 2017          JOHNSON & PHAM, LLP

                                By: ___/s/ Marcus F. Chaney_____
                                Marcus F. Chaney, Esq.
                                Attorneys for Plaintiff
                                SPECULATIVE PRODUCT DESIGN, LLC

DATED: August 25, 2017          EASTMAN & MCCARTNEY LLP

                                By: ___/s/ Gary L. Eastman_____
                                Gary L. Eastman, Esq.
                                Attorneys for Defendant
                                IPLAY GROUP, INC.

**STIPULATION OF DISMISSAL OF ENTIRE ACTION**